808 A.2d 851

IN THE MATTER OF STEVE HALLETT,
AN ATTORNEY AT LAW.

November 4, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–030 and 02–043, concluding that **STEVE HALLETT** of **TRENTON**, who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.1(a) (gross neglect), and *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to continue psychotherapy and attend meetings of Narcotics Anonymous and Alcoholics Anonymous on a regular basis, and that respondent should undergo random drug-screening under the supervision of the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **STEVE HALLETT** is hereby reprimanded; and it is further

ORDERED that respondent shall continue psychotherapy and continue to attend meetings of Narcotics Anonymous and Alcoholics Anonymous on a schedule to be approved by the Office of Attorney Ethics, and until the further Order of the Court; and it is further

ORDERED that respondent undergo random drug-screening to be arranged by the Office of Attorney Ethics, until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.